UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUSTIN L. STARKS,

          Movant,

     v.

DEPARTMENT OF DEFENSE,

          Respondent.

_____

JUSTIN L. STARKS,

          Movant,

     v.

DEPARTMENT OF DEFENSE,

          Respondent.

No. 2:26-mc-00074-DJC-CSK

No. 2:26-mc-00075-DAD-JDP

RELATED CASE ORDER

Respondent has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Both actions involve the same parties, are based on the same or a similar claim, and raise similar questions of fact and law. *See* Local Rule 123(a)(1), (3). Accordingly, the assignment of these matters to the same judge is likely to effect a

1

substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:26-mc-00075 is reassigned from District Judge Dale A. Drozd and Magistrate Judge Jeremy D. Peterson to the undersigned and Magistrate Judge Chi Soo Kim.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:26-mc-00075-DJC-CSK.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of miscellaneous cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **April 10, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2